IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NEIMAN MARCUS GROUP LTD LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-32519 (DRJ)<br><br>(Jointly Administered) |
| MARIPOSA INTERMEDIATE HOLDINGS LLC, NEIMAN MARCUS GROUP LTD LLC, and THE NEIMAN MARCUS GROUP LLC,<br><br>Plaintiffs,<br>v.<br>MARBLE RIDGE CAPITAL LP and MARBLE RIDGE MASTER FUND LP,<br><br>Defendants. | Adv. Proc. No. 20-03402 |

**DEFENDANTS' WITNESS LIST & EXHIBIT LIST FOR AUGUST 27, 2020 HEARING**

Defendants file this Witness and Exhibit List for the hearing to be held on **August 27, 2020 at 3:30 p.m.** (prevailing Central Time) (the "Hearing") as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

1

## WITNESSES

The Defendants may call the following witnesses at the Hearing:

1. Daniel Kamensky

## Exhibits

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Daniel Kamensky | | | | | | |
| 2. | Exhibit A to the Declaration of Daniel Kamensy | | | | | | |
| 3. | Exhibit B to the Declaration of Daniel Kamensy | | | | | | |
| 4. | Exhibit C to the Declaration of Daniel Kamensy | | | | | | |

## RESERVATION OF RIGHTS

Defendants reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to hearing.

Dated: August 27, 2020

Respectfully submitted,

/s/ Zachary D. Rosenbaum

Michael S. Kim
Zachary D. Rosenbaum
Daniel J. Saval
Leif T. Simonson
Alexandra Fellowes

**KOBRE & KIM LLP**

800 Third Ave
New York, New York 10022
Telephone: +1 212 488 1200
Facsimile: +1 212 488 1220
Email:
Michael.Kim@kobrekim.com
Zachary.Rosenbaum@kobrekim.com
Daniel.Saval@kobrekim.com
Leif.Simonson@kobrekim.com
Alexandra.Fellowes@kobrekim.com

*Attorneys for Marble Ridge Capital LP and Marble Ridge Master Fund LP*