IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*, | § § § § | Case No. 20-32519 (DRJ) |
| Debtors.[1] | § § § § | (Jointly Administered) |
| MARIPOSA INTERMEDIATE HOLDINGS LLC, NEIMAN MARCUS GROUP LTD LLC, and THE NEIMAN MARCUS GROUP LLC | § § § § § § | Adv. Proc. No. 20-03402 |
| Plaintiffs | § § | |
| v. | § § | |
| MARBLE RIDGE CAPITAL LP and MARBLE RIDGE MASTER FUND LP. | § § § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned appear as counsel on behalf of Daniel B. Kamensky ("Kamensky"), an interested party in the above-captioned Chapter 11 cases pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

4824-6244-9609 v.1

Rules") and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

HAYNES AND BOONE, LLP
Patrick L. Hughes
David Trausch
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone.: (713) 547-2000
Facsimile.: (713) 547-2600
Email: patrick.hughes@haynesboone.com
Email: david.trausch@haynesboone.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code (the "Bankruptcy Code"), but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Kamensky to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED:  August 31, 2020          Respectfully submitted,

                                              **HAYNES AND BOONE, LLP**

                                              By: */s/ Patrick L. Hughes*
                                              Patrick L. Hughes
                                              Texas State Bar No. 10227300
                                              David Trausch
                                              Texas State Bar No. 24113513
                                              1221 McKinney Street, Suite 4000
                                              Houston, TX 77010
                                              Telephone.: (713) 547-2000
                                              Facsimile.: (713) 547-2600
                                              Email: patrick.hughes@haynesboone.com
                                              Email: david.trausch@haynesboone.com

                                              **COUNSEL FOR DANIEL B. KAMENSKY**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on August 31, 2020.


                                              */s/ Patrick L. Hughes*
                                              Patrick L. Hughes