| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | | Adversary Case Number | |
|---|---|---|---|
| | | | |
| *versus* ||||
| | | | |

This lawyer, who is admitted to the State Bar of _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | |
|---|---|

Seeks to appear as the attorney for this party:

| |
|---|
| |
| Dated:                              Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . |
|---|
| Dated:                              Signed: _____<br>                                                          Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____                              _____
                                                                                          United States Bankruptcy Judge

**Appendix A – Admissions**

Michael S. Kim

- State Jurisdictions
    - 01/23/1996 - New York: 2720985
    - 11/16/1995 - Connecticut: 411667
    - 11/12/2015 - Illinois: ARDC: 6320118
    - 06/06/2016 - District of Columbia: 1032401

- Federal Jurisdictions
    - 08/14/1997 - U.S. District Court for the Eastern District of New York: MK0308
    - 05/07/1996 - U.S. District Court for the Southern District of New York: MK0308
    - 05/07/1996 - U.S. Bankruptcy Court for the Southern District of New York: MK0308
    - 09/30/2008 - U.S. Court of Appeals for the District of Columbia Circuit: 52034
    - 09/24/1999 - U.S. Court of Appeals for the Second Circuit: NY2720985
    - 12/19/2003 - U.S. Court of Federal Claims: N/A
    - 10/13/2009 - U.S. District Court for the District of Connecticut: ct28152
    - 08/30/2013 - U.S. District Court for the Northern District of Illinois: 2720985
    - 09/06/2013 - U.S. Court of Appeals for the Seventh Circuit:N/A
    - 08/30/2013 - U.S. Bankruptcy Court for the Northern District of Illinois: N/A
    - 10/03/2016 - U.S. District Court for the District of Columbia: 1032401
    - 10/17/2017 - U.S. Court of Appeals for the Third Circuit
    - 09/19/2013 - US District Court for the Northern District of Illinois, Trial Bar: 2720985

- Foreign Jurisdictions
    - 05/07/2010 - England & Wales: 520653
    - 10/08/2010 - Hong Kong
    - 06/10/2015 - South Korea
    - 08/21/2019 - Dubai International Financial Centre Courts: 1615B