

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

ENTERED
09/28/2020

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEIMAN MARCUS GROUP LTD LLC, *et al.,* | ) | Case No. 20-32519 (DRJ) |
| | ) | |
| Reorganized Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| MARIPOSA INTERMEDIATE HOLDINGS LLC, NEIMAN MARCUS GROUP LTD LLC, and THE NEIMAN MARCUS GROUP LLC, | ) | |
| | ) | Adv. Proc. No. 20-03402 |
| Plaintiffs, | ) | |
| v. | ) | |
| MARBLE RIDGE CAPITAL LP and MARBLE RIDGE MASTER FUND LP, | ) | |
| Defendants | ) | |

### STIPULATION AND AGREED ORDER FURTHER EXTENDING TEMPORARY RESTRAINING ORDER AND CONTINUING HEARING AND RELATED DEADLINES WITH RESPECT TO PLAINTIFFS' APPLICATION FOR <u>PRELIMINARY INJUNCTION</u>

(Docket No. 82)

Plaintiffs Mariposa Intermediate Holdings LLC, Neiman Marcus Group LTD LLC, and

The Neiman Marcus Group LLC (together, the "Plaintiffs") and Defendants Marble Ridge Capital

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

1

LP and Marble Ridge Master Fund LP (collectively, "Defendants, and together with Plaintiffs, the "Parties") hereby enter into this stipulation (the "Stipulation") and agree as follows:

**WHEREAS**, on August 26, 2020, Plaintiffs filed a Complaint And Application For A Temporary Restraining Order And Preliminary Injunction and supporting papers and exhibits (the "Application") [Docket Nos. 1 - 3];

**WHEREAS**, on August 28, 2020, the Parties agreed to, and the Court entered, a Stipulation and Agreed-Upon Temporary Restraining Order (the "Temporary Restraining Order") setting a hearing on the Application for September 18, 2020 [Docket No. 22];

**WHEREAS**, on September 14, 2020, the Parties agreed to, and the Court entered, a Stipulation and Agreed Order Extending Temporary Restraining Order and Continuing Hearing and Related Deadlines With Respect to Plaintiffs' Application for Preliminary Injunction (the "Extended Temporary Restraining Order") [Docket No. 53];

**WHEREAS**, on September 17, 2020, the Parties agreed to, and on September 18, 2020, the Court entered, a Stipulation and Agreed Order Modifying Briefing Schedule with Respect to Plaintiffs' Application for Preliminary Injunction (the "Modified Scheduling Order") [Docket No. 62];

**WHEREAS**, on September 23, 2020, Defendants filed their memorandum and accompanying papers in opposition to the Application;

**WHEREAS**, the Parties have agreed to modify the Temporary Restraining Order, as modified by the Extended Temporary Restraining Order and the Modified Scheduling Order, and to continue the hearing on the Application and related deadlines;

**NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. The Temporary Restraining Order, as modified by the Extended Temporary Restraining Order and the Modified Scheduling Order, and all terms and restrictions therein, except as specifically modified by this Order, is extended by agreement and shall remain in full force and effect until 5:00 p.m. Central Time on January 29, 2021, at which time the order shall expire and dissolve unless either terminated earlier by court order or further extended as provided by law, agreement of the parties, or further order of this Court on good cause shown.

2. The amount to be held in the escrow account established pursuant to paragraph 1 of the Temporary Restraining Order shall be reduced from $55 million to $10 million, and the other $45 million plus any accrued interest may be released;

3. The hearing on the Application is continued to 9:00 a.m. Central Time on January 29, 2021, to be separately noticed by Plaintiffs.

4. Defendants' deadline to answer or otherwise respond to the Complaint is extended to October 30, 2020;

5. Discovery is stayed until November 20, 2020;

6. Plaintiffs shall their reply in support of their Application on or before December 18, 2020.

IT IS SO ORDERED.

Signed:  September 28, 2020.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

Dated: September 28, 2020
Houston, Texas

Agreed:

*/s/ Leif T. Simonson*
Michael S. Kim (admitted *pro hac vice*)
Zachary D. Rosenbaum (admitted *pro hac vice*)
Daniel J. Saval (admitted *pro hac vice*)
Leif T. Simonson (admitted *pro hac vice*)
Alexandra Fellowes (admitted *pro hac vice*)
**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone: +1 212 488 1200
Facsimile: +1 212 488 1220
Email:
Michael.Kim@kobrekim.com
Zachary.Rosenbaum@kobrekim.com
Daniel.Saval@kobrekim.com
Leif.Simonson@kobrekim.com
Alexandra.Fellowes@kobrekim.com

-and-

**HEDRICK KRING, PLLC**
Joshua L. Hedrick
Texas State Bar No. 24061123
Laura M. Fontaine
Texas State Bar No. 24065239
Mark A. Fritsche
Texas State Bar No. 24100095
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Telephone: (214) 880-9600
Fax: (214) 481-1844
Email: Josh@HedrickKring.com
Email: Laura@HedrickKring.com
Email: Mark@HedrickKring.com

*Attorneys for Marble Ridge Master Fund LP*


/s/ T. Michael Wall
John P. Melko
State Bar No. 13919600
T. Michael Wall
State Bar No. 20757300
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000
Houston, Texas 77002-2099
Telephone: 713-276-5500
Email: tmelk@foley.com
Email: tmwall@foley.com

*Attorneys for Marble Ridge Capital LP*


/s/ Matthew D. Cavenaugh
**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Kristhy M. Peguero (TX Bar No. 24102776)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: mcavenaugh@jw.com
jwertz@jw.com
kpeguero@jw.com
vpolnick@jw.com

-and-

**KIRKLAND & ELLIS LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: anup.sathy@kirkland.com
chad.husnick@kirkland.com
jeffrey.zeiger@kirkland.com

-and-

Matthew C. Fagen (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: matthew.fagen@kirkland.com

*Co-Counsel to the Plaintiffs*